A. B.
3126 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 540-0878

*Pro Se Plaintiff*

FILED
JUN 02 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. B., <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY OF ALBANY; ALBANY POLICE DEPARTMENT; PENELOPE CRUMPLEY, individually and in her official capacity as City Manager for the City of Albany; and MIKE MCQUISTON, individually and in his official capacity as Police Chief for the City of Albany; and MR. T. DOLTER (Badge No. 7), MR. J. KURLAND (Badge No. 21), MR. S. SCHOENFELD, individually and in their official capacity as Albany Public Officials or Albany Police Officers; and DOES 1-100, inclusive; <br><br> Defendant(s). | Case Number: C17- 3272 <br><br> **DECLARATION OF A. B. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE UNDER SEAL DOCUMENT(S): (1) MOTION TO FILE UNDER SEAL, (2) COVER SHEET, (3) IN FORMA PAUPERI, AND, (4) COMPLAINT(S)** <br><br> [Pursuant to Rule 7, Fed.R.Civ.P., and, Civ. L.R. 7-11, 79-5] <br><br>  - CHAMBERS COPY - |

In support of Plaintiff's Motion To File Under Seal Document(s): (1) Motion To File Under Seal, (2) Cover Sheet, (3) In Forma Pauperi, and, (4) Complaint(s), Pursuant to rule 7, Fed.R.Civ.P., and, Civ. L.R. 7-11, 79-5, for protecting plaintiff's confidentiality, safety, and privacy, and, all matters pertaining under the jurisdiction of this court. I, A. B. ("Plaintiff"), declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently to the matters thereto.

2. I am the plaintiff in this pleading, a witness, and a continual victim. [*See* Complaint]

*DECLARATION SUPPORT MOTION TO FILE UNDER SEAL*
CASE NO.: _____     PAGE NO. _1_ OF _2_

3. On Tuesday, June 6, 2016, and, events and times relating, Plaintiff was, is, and continues to be suffer hardships, hurt irreparably, harassment, and harms, such as, intimidations, violence, violations, invasion of privacy, and injury to reputation, all, having worked contrary to the plaintiff's, and, the public interest. [*See* Complaint]

4. There are other plaintiff's private matters that would give further support to why this declaration, and why this action it supports should be granted, but, not knowing the security of the court granting the actions privacy, makes for hesitation, so a more secure and private forum can be assured of by the court to the plaintiff, and, declaration, so more, or, lessening, the hurt, the harm, and the hate against plaintiff. Until then, this matter definitely needs the confidentiality and privacy asked. [*See* Complaint]

5. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Executed on date:   May 30, A.D. 2017      By:_____
                                           A. B.
                                           Pro Se for Plaintiff
                                           A B | PRO SE

*DECLARATION SUPPORT MOTION TO FILE UNDER SEAL*
CASE NO.: _____            PAGE NO. _2_  OF _2_