

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.B.,

    Plaintiff,

v.

CITY OF ALBANY, et al.,

    Defendants.

Case No. C17-3272 KAW

**ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff, only identified as "A.B.," has filed a motion to file under seal: (1) his complaint against Defendants; (2) his application to proceed *in forma pauperis*; and (3) his motion to file under seal. Northern District Civil Local Rule 79-5 provides, in pertinent part:

> No document may be filed under seal, i.e., closed to inspection by the public, except pursuant to a Court order that authorizes the sealing of a particular document, or portions thereof. A sealing order may issue only upon a request that establishes that the document, or portions thereof is privileged or protectable as a trade secret or otherwise entitled to protection under the law (hereinafter referred to as "sealable"). The request must be narrowly tailored to seek sealing only of sealable material . . . .

N.D. Civ. L.R. 79-5(b). In addition to the standards set forth in Local Rule 79-5, a motion to seal judicial records is governed by a "compelling reasons" standard. *See Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010); *see also Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) ("[T]the party must articulate[] compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." (citations and internal quotation marks omitted)).

The Court has reviewed Plaintiff's motion, supporting declaration, and the documents

Plaintiff seeks to file under seal. Plaintiff has not demonstrated that compelling reasons justify sealing the complaint, his *in forma pauperis* application, or his motion. Accordingly the Court DENIES the motion to seal.

**IT IS SO ORDERED.**

Dated: June 6, 2017

JEFFREY S. WHITE
United States District Judge